FILED:  January 29, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1393
(5:13-cv-27240)
(5:12-bk-50231)
(5:13-ap-5011)

_____

In re: JOHN WADE BELL; ANN TATE BELL

       Debtors

------------------------------

ANN TATE BELL; JOHN WADE BELL

       Debtors - Appellants

v.

RBS, INC.; UNITED BANK, INC.

       Defendants - Appellees

U.S. TRUSTEE

       Trustee

_____

O R D E R

_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court

dismisses this appeal, upon such terms as have been agreed to by the parties,

pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>
